COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF STAY AND ABATEMENT FOR BANKRUPTCY

Appellate case name:     Gulf Coast Brake & Motor, Inc., Michael Nagata, Jack Van Vleit, and
James (Pat) Edgar v. MHWIRTH, Inc.

Appellate case number:   01-21-00492-CV

Trial court case number: 2021-14261

Trial court:             157th District Court of Harris County

Appellant Gulf Coast Brake & Motor, Inc. has filed a Suggestion of Bankruptcy and Notice of Automatic Stay, informing this Court that, on or about July 14, 2022, appellant filed a petition for bankruptcy in Case No. 22-50450 in the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division. Accordingly, it is ordered that this appeal is stayed. *See* 11 U.S.C. § 362(a) (providing filed bankruptcy petition operates as automatic stay of actions against debtor or debtor's property). It is further ordered that this appeal is abated, treated as a closed case, and removed from this Court's active docket.

Until the parties (1) notify the Court that the bankruptcy stay has been lifted or authorization has been received by the bankruptcy court to proceed, and (2) move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2 ("A bankruptcy suspends the appeal and all periods in these rules from the date when the bankruptcy petition is filed until the appellate court reinstates or severs the appeal in accordance with federal law."). Unless a party successfully moves to reinstate, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3(a) ("If a case has been suspended by a bankruptcy filing, a party may move the appellate court reinstate the appeal if permitted by federal law or the bankruptcy court."), (b) ("A party may move to sever the appeal with respect to the bankrupt party and to reinstate the appeal with respect to the other parties.").

It is so ORDERED.

Judge's signature: /s Amparo Guerra
                         Acting individually

Date: July 26, 2022